Ryan Gile (CA SBN 192802)
rg@gilelawgroup.com
**GILE LAW GROUP LTD.**
1140 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Phone: 702.703.7288

Attorneys for Koki Sakaguchi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

In re:                     )     Case No.     2:26-mc-48

DMCA SUBPOENA TO X CORP.   )
                             )    **DECLARATION IN SUPPORT**
          Service Provider,   )    **OF REQUEST FOR DMCA**
                             )    **SUBPEONA TO X CORP.**
                             )
                             )

I, Koki Sakaguchi, declare as follows:

1.     I am a Citizen of Japan, over the age of 18 years old, and I make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I submit this declaration in support of my request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), to X Corp., an internet service provider, relating to the unauthorized copying and reposting of a copyrighted video (the "Copyrighted Work") by multiple users on the website at the domain x.com.

3.     I am the owner of the copyright in the Copyrighted Work identified in the subpoena request and have personal knowledge of the ongoing infringement that occur on the internet. The Copyrighted Work is hosted exclusively on a Japan-

based server, and authorized access is limited to Japanese Internet Protocol (IP) addresses.

4. I sent the following copyright infringement notifications to X Corp.'s DMCA agent demanding that X Corp. confirm that the Copyrighted Work has been removed, disclose the date and time of removal, investigate and suspend the responsible account(s) associated with the unauthorized copying, and preserve all records and logs relating to these postings and any associated account(s), including registration data, login/access logs, upload/sale history, payment identifiers, internal IDs, and related metadata, to prevent spoliation:

| X Corp. Ticket No. | Date Sent |
| --- | --- |
| LEGAL-2278493 | March 21, 2026 |
| LEGAL-2472814 | May 12, 2026 |
| LEGAL-2485482 | May 15, 2026 |
| LEGAL-2485791 | May 15, 2026 |
| LEGAL-2487256 | May 15, 2026 |
| LEGAL-2489703 | May 16, 2026 |
| LEGAL-2489719 | May 16, 2026 |
| LEGAL-2492107 | May 17, 2026 |

5. Pursuant to 17 U.S.C. § 512(c)(3)(A), the notifications were properly signed by me, identified the copyrighted material being infringed, set forth a listing of the URL containing the Copyrighted Work, confirmed that such use of my copyrighted works was not authorized by me, and gave contact information such that the DMCA Agent could reach me with questions. True and correct copies of these notifications are attached hereto as **Exhibits 1-8.**

6. The purpose of the DMCA Subpoena is to obtain information sufficient to identify the alleged infringer(s) who, without authorization from me, copied the Copyrighted Work from where it was originally posted and uploaded it to x.com.

The information received as a result of the Subpoena will only be used by me to protect my rights under Title 17 of the United States Code.

The foregoing is true and correct under penalty of perjury pursuant to the laws of the United States of America.

Date: May 30, 2026

Koki Sakaguchi

---

**DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPEONA TO X CORP.**